**Order entered December 31, 2021**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-21-00565-CR**
**No. 05-21-00566-CR**

**HENRY LEE CAREY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. F19-55133-H & F19-10416-H**

## ORDER

Before the Court is appellant's December 30, 2021 second motion for an extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief due by January 31, 2022.

/s/    LANA MYERS
JUSTICE